AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nicholas Martin, on behalf of plaintiff and a class,
                Plaintiff,

v.

Fail Safe Taxes, LLC and John Does 1-10,
                Defendants.

CASE NUMBER:    11cv155

ASSIGNED JUDGE:    Judge Gettleman

DESIGNATED MAGISTRATE JUDGE:    Judge Brown

TO: (Name and address of Defendant)

Fail Safe Taxes, LLC
2530 Brandywine Court #831
Indianapolis, IN 46241

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Hurley*
(By) DEPUTY CLERK

April 13, 2011
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 23, 2011 |
| NAME OF SERVER (PRINT) Terry McLaughlin | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Mr. Ham Sister (Tina)_

☐ Returned unexecuted: _____

☐ Other (specify): _She stated that Mr. Ham is her brother and she doesn't see him and he just changed his cell phone number._

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 23 April 2011        _Terry McLaughlin_
　　　　　　　Date　　　　　　　　　Signature of Server

PO Box 47802, Indianapolis, IN 46247
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.