**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | 11cv155 |
| v. | ) ) | Judge Gettleman |
| FAIL SAFE TAXES, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nicholas Martin hereby dismisses his claims against Defendant Fail Safe Taxes, LLC, without prejudice, with each party to bear its own costs and fees.

        Respectfully Submitted,

        s/Catherine A. Ceko
        Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

   I, Catherine A. Ceko, hereby certify that on May 5, 2011, the foregoing document was filed electronically. A copy of the foregoing document was sent via regular and certified U.S. Mail to the following parties:

Fail Safe Taxes, LLC
2530 Brandywine Court #831
Indianapolis, IN 46241

               s/Catherine A. Ceko
               Catherine A. Ceko